ADRMOP,CLOSED

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:24−cv−07314−AMO

Mowry v. Albertsons Companies, Inc.
Assigned to: Judge Araceli Martinez−Olguin
Cause: 29:1109 Breach of Fiduciary Duties

Date Filed: 10/21/2024
Date Terminated: 02/03/2025
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Stephen Mowry** represented by

**Kye Douglas Pawlenko**
Hayes Pawlenko LLP
1414 Fair Oaks Avenue
Unit 2B
South Pasadena, CA 91030
(626) 808−4357
Fax: (626) 921−4932
Email: kpawlenko@helpcounsel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Bryan Hayes**
Hayes Pawlenko LLP
1414 Fair Oaks Avenue
Unit 2b
South Pasadena, CA 91030
626−808−4357
Email: mhayes@helpcounsel.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Albertsons Companies, Inc.** represented by

**Charles Christian Correll , Jr.**
King and Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111
415 318−1200
Fax: 415 318−1300
Email: ccorrell@kslaw.com
*ATTORNEY TO BE NOTICED*

**Robert Irving Lockwood**
Littler Mendelson PC
101 Second Street, Suite 1000
San Francisco, CA 94105
415−433−1940
Email: rlockwood@littler.com
*ATTORNEY TO BE NOTICED*

**Wesley E Stockard**
Littler Mendelson
3424 Peachtree Road NE
Suite 1200
Atlanta, GA 30326
404−233−0330
Email: wstockard@littler.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2024 | Ï 1 | COMPLAINT against Albertsons Companies, Inc. ( Filing fee $ 405, receipt number ACANDC−19968967.). Filed by Stephen Mowry. (Attachments: # 1 Civil Cover Sheet)(Pawlenko, Kye) (Filed on 10/21/2024) (Entered: 10/21/2024) |
| 10/21/2024 | Ï 2 | Proposed Summons. (Pawlenko, Kye) (Filed on 10/21/2024) (Entered: 10/21/2024) |
| 10/21/2024 | Ï 3 | Certificate of Interested Entities by Stephen Mowry (Pawlenko, Kye) (Filed on 10/21/2024) (Entered: 10/21/2024) |
| 10/21/2024 | Ï 4 | Case assigned to Magistrate Judge Sallie Kim.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 11/4/2024. (smc, COURT STAFF) (Filed on 10/21/2024) (Entered: 10/21/2024) |
| 10/21/2024 | Ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 1/20/2025. Initial Case Management Conference set for 1/27/2025 01:30 PM in San Francisco, − To be held by Zoom. (dhm, COURT STAFF) (Filed on 10/21/2024) (Entered: 10/21/2024)** |
| 10/21/2024 | Ï 6 | Summons Issued as to Albertsons Companies, Inc. (dhm, COURT STAFF) (Filed on 10/21/2024) (Entered: 10/21/2024) |
| 10/24/2024 | Ï 7 | SUMMONS Returned Executed by Stephen Mowry. Albertsons Companies, Inc. served on 10/22/2024, answer due 11/12/2024. (Pawlenko, Kye) (Filed on 10/24/2024) (Entered: 10/24/2024) |
| 11/01/2024 | Ï 8 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Stephen Mowry.. (Pawlenko, Kye) (Filed on 11/1/2024) (Entered: 11/01/2024) |
| 11/01/2024 | Ï 9 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING |

| | | |
|---|---|---|
| | | BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (bxl, COURT STAFF) (Filed on 11/1/2024) (Entered: 11/01/2024) |
| 11/04/2024 | 10 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Araceli Martinez−Olguin for all further proceedings. Magistrate Judge Sallie Kim no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 11/4/2024. (Attachments: # 1 Notice of Eligibility for Video Recording)(exl, COURT STAFF) (Filed on 11/4/2024) (Entered: 11/04/2024)** |
| 11/04/2024 | 11 | Clerk's Notice on Reassignment. You are noticed that the Court has scheduled an Initial Case Management Conference before Judge Araceli Martinez−Olguin upon reassignment. For a copy of Judge Martinez−Olguin's Standing Order and other information, please refer to the Court's website at https://www.cand.uscourts.gov/judges/martinez−olguin−araceli−amo/.<br><br>Case Management Statement due by 3/6/2025 no later than 12:00 PM PST. Initial Case Management Conference set for 3/13/2025 at 10:00 AM in San Francisco, Courtroom 10, 19th Floor. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (ads, COURT STAFF) (Filed on 11/4/2024) (Entered: 11/04/2024) |
| 11/08/2024 | 12 | STIPULATION re 6 Summons Issued, 7 Summons Returned Executed, 1 Complaint filed by Albertsons Companies, Inc.. (Stockard, Wesley) (Filed on 11/8/2024) (Entered: 11/08/2024) |
| 11/08/2024 | 13 | STIPULATION re 12 Stipulation *CORRECTED STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING* filed by Albertsons Companies, Inc.. (Lockwood, Robert) (Filed on 11/8/2024) (Entered: 11/08/2024) |
| 01/06/2025 | 14 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Pawlenko, Kye) (Filed on 1/6/2025) (Entered: 01/06/2025) |
| 01/08/2025 | 15 | STIPULATION *For Extension of Time to File Responsive Pleading* filed by Albertsons Companies, Inc.. (Correll, Charles) (Filed on 1/8/2025) (Entered: 01/08/2025) |
| 01/08/2025 | 16 | Certificate of Interested Entities by Albertsons Companies, Inc. (Correll, Charles) (Filed on 1/8/2025) (Entered: 01/08/2025) |
| 01/08/2025 | 17 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Correll, Charles) (Filed on 1/8/2025) (Entered: 01/08/2025) |
| 02/03/2025 | 18 | STIPULATION WITH PROPOSED ORDER *transferring case to the District of Idaho* filed by Albertsons Companies, Inc., Stephen Mowry. (Correll, Charles) (Filed on 2/3/2025) (Entered: 02/03/2025) |
| 02/03/2025 | 19 | Joint MOTION to Continue *Case Management Conference* filed by Albertsons Companies, Inc., Stephen Mowry. (Correll, Charles) (Filed on 2/3/2025) (Entered: 02/03/2025) |
| 02/03/2025 | 20 | **ORDER by Judge Araceli Martinez−Olguin GRANTING 19 Motion to Continue Case Management Conference.(amolc1, COURTSTAFF) (Filed on 2/3/2025) (Entered: 02/03/2025)** |
| 02/03/2025 | 21 | **ORDER by Judge Araceli Martinez−Olguin GRANTING 18 Stipulation to Transfer Case to District of Idaho.(amolc1, COURTSTAFF) (Filed on 2/3/2025) (Entered: 02/03/2025)** |