A. Dean Bennett (ISB #7735)
Cameron L. McCue (ISB #12329)
**HOLLAND & HART LLP**
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
adbennett@hollandhart.com
clmccue@hollandhart.com

DAVID TETRICK, JR. *pro hac vice pending*
NATALIE A. WILLIS *pro hac vice pending*
**KING & SPALDING LLP**
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309-3521
Telephone:  404.572.4600
dtetrick@kslaw.com
nwillis@kslaw.com

Attorneys for Defendant
ALBERTSONS COMPANIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **STEPHEN MOWRY**, individually and as a representative of a class of participants and beneficiaries on behalf of the Albertsons Companies 401(k) Plan, <br><br> Plaintiff, <br><br> v. <br><br> **ALBERTSONS COMPANIES, INC.**; and Does 1 to 10, inclusive, <br><br> Defendants. | Case No. 1:25-cv-00062-REP <br><br> **ALBERTSONS COMPANIES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

Defendant Albertsons Companies, Inc. ("Albertsons") by and through its counsel of record, Holland & Hart LLP, respectfully submits Defendant Albertsons Companies, Inc.'s Motion to Dismiss Plaintiff's Complaint. This Motion is brought pursuant to Federal Rule of Civil Procedure 12(b)(6). Albertsons submits concurrently herewith a Memorandum in Support.

Dated:  February 25, 2025

Respectfully submitted,

*/s/ A. Dean Bennett*
A. Dean Bennett
Cameron L. McCue

DAVID TETRICK, JR. *pro hac vice pending*
NATALIE A. WILLIS *pro hac vice pending*
**KING & SPALDING LLP**
1180 Peachtree St. NE, Suite 1600
Atlanta, GA 30309-3521
Telephone:    +1 (404) 572-4600
dtetrick@kslaw.com
nwillis@kslaw.com

Attorneys for Defendant
ALBERTSONS COMPANIES, INC.

DEFENDANT ALBERTSONS'S MEMORANDUM IN SUPPORT OF MOTION TO DISMISS